JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax:(949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   vs.<br><br>Derrick J. Evans, aka Derrick J.J. Evans,<br><br>            Defendant | No. 13cv 9129<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Derrick J. Evans, aka Derrick J.J. Evans, in the principal amount of $7,663.33 plus interest accrued to December 6, 2013, in the sum of $16,048.84; with interest accruing thereafter at the daily rate of $1.83 until entry of judgment, administration costs in the amount of $50.94, for a total amount of **$23,763.11**.

DATED: 1/21/14                    By: TERRY NAFISI
                                      Clerk of the Court

                                      Deputy Clerk
                                      United States District Court